IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATONYA GREEN,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN,<br><br>        Defendant. | CIVIL ACTION<br>NO. 14-6328 |

## ORDER

**AND NOW**, this 31st day of October 2016, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Doc. No. 17), and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment in this matter is entered in favor of **DEFENDANT**.

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

                        BY THE COURT:

                        /s/ Joel H. Slomsky
                        JOEL H. SLOMSKY, J.